UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**MONICA JOHNSON ET AL**               **CASE NO. 1:18-CV-01472**

**VERSUS**                              **JUDGE DRELL**

**WILLIAM E HILTON ET AL**              **MAGISTRATE JUDGE PEREZ-MONTES**

## 90-DAY TELEPHONE CONFERENCE NOTICE

On _____, the parties agreed to request the following be discussed during the 90-Day Telephone Conference before Magistrate Judge Perez-Montes:

| ISSUES | REPORT AND MOTION(S) [Alter form or supplement on separate page(s) if needed] |
|---|---|
| Case status: | |
| Deadlines: | |
| Discovery: | |
| Settlement: | |
| Pending motions: | |
| Pretrial Conference & Trial: | |
| Other issues or requests for relief: | |

For Plaintiff(s): _____      For Defendants: _____