UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MONICA JOHNSON, CHRISTOPHER JOHNSON and VELMA JOHNSON<br><br>VERSUS<br><br>WILLIAM E. HILTON, SHERIFF OF RAPIDES PARISH, WILL GEORGE, and CASSIE SAUCIER | CIVIL ACTION NO. 1:18-CV-01472<br><br>JUDGE DEE D. DRELL<br><br>MAGISTRATE JUDGE JOSEPH H L PEREZ-MONTEZ<br><br>JURY TRIAL DEMANDED |

**Notice of Mootness**

In R. Doc. 80, third-party witness Jennifer Gordon sought a protective order. Defendants had deposed her once, and then subpoenaed her to appear for a second deposition without seeking leave of court – and gave her only three business-days' notice of the second deposition, requiring her to seek counsel to intervene on an emergency basis.

Defendants opposed the protective order, claiming that "it is likely that Gordon will need to be deposed" a second time. R. Doc. 85 at 3. But they never followed through on that intention, and discovery has now closed for a second time. Accordingly, the motion for a protective order (R. Doc. 80) is moot.

However, Ms. Gordon's motion for attorneys fees (R. Doc. 76) is not moot, and Defendants' recent behavior underlines the propriety of attorneys fees. That is because Defendants never communicated to Ms. Gordon that they would not seek to depose her again. As a result, she has had to maintain legal counsel for the past seven months.

Ms. Gordon is not a party to this case. But Defendants have shown a complete lack of respect for her time or resources by:

(1) deposing her;

(2) then subpoenaing her for a second deposition on extraordinarily short notice in violation of Fed. R. Civ. Proc. 30(a)(2)(A)(ii);

(3) then withdrawing that subpoena at the last minute;

(4) then indicating their intent to likely seek a second deposition;

(5) then never communicating their decision *not* to seek a second deposition.

Attorneys fees are therefore even more appropriate now than they were at the time of filing of the fee motion.

                                                Respectfully submitted,

                                                /s/ William Most_____
                                                WILLIAM MOST, La. Bar No. 36914
                                                201 St. Charles Ave., Ste. 114, # 101
                                                New Orleans, LA 70170
                                                T: (504) 509-5023
                                                Email: williammost@gmail.com